No. 88–7195. F. G. *v.* LAWTON ET AL. Sup. Ct. Mo. Certiorari denied.

No. 88–7237. MOSER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–7238. DUFFEL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–7248. NAIYAVAJ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–7255. THORPE *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 88–7258. KOSKO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–7260. GONZALEZ-ALVAREZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–7264. FAHY *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 88–7265. CARDENAS, AKA RAMIREZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 88–7267. KLEIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–7268. CAMPOS-FUENTES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–7269. RIVERA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–7270. WRIGHT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–7272. STENGEL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–7275. TROUSDALE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.